# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  ASSIGNMENT OF JUDGES OF  : No. 337 Common Pleas Judicial
THE COURT OF COMMON PLEAS OF : Classification Docket
THE FIRST JUDICIAL DISTRICT OF :
PENNSYLVANIA :
:

## O R D E R

**PER CURIAM:**

AND NOW, this 15th day of August, 2016, upon consideration of the Petitions of the Honorable Sheila Woods-Skipper, President Judge of the Court of Common Pleas of the First Judicial District of Pennsylvania, for the assignment of Judges to divisions of the court, it is hereby ORDERED that the Petitions are granted and the following assignments are approved:

Family Division

The Honorable Daniel R. Sulman
The Honorable Vincent W. Furlong

Trial Division

The Honorable Vincent N. Melchiorre
The Honorable Roger F. Gordon